Respondent.— Order affirmed, with costs. All concur, except Hubbs, P. J., who dissents and votes for reversal on the ground that a question of fact was presented which was properly determined by the trial court. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GEORGE W. WILLIAMS, Respondent, v. TOWN OF CANADICE, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JAMES V. MURPHY, Respondent, v. UNION INDEMNITY COMPANY, Appellant. (Action No. 1.) — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JAMES V. MURPHY, Respondent, v. UNION INDEMNITY COMPANY, Appellant. (Action No. 2.) — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Assessment of the Transfer Tax in the Estate of JOHN A. ROBERTS, Deceased.— Order so far as appealed from affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MILDRED E. KELLY, as Administratrix, etc., of EDGAR J. KELLY, Deceased, Respondent, v. FULMER-AGNE REALTY COMPANY and WALDORF SYSTEM, INCORPORATED, Appellants.— Judgment and order affirmed, with costs. All concur, except Sawyer, J., who dissents on the law and facts and votes for reversal on the subject of contributory negligence. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ROBINSON MANUFACTURING COMPANY, Respondent, v. BLACK ROCK MILLING CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

RICHARD SWEENEY, Respondent, v. SPENCER KELLOGG & SONS, INC., Appellant, Impleaded with Another, Defendant. — Judgment and order affirmed, with costs. All concur. Present —Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

EGBERT A. SMITH, Respondent, v. CAUVIGNY BRUSH COMPANY, INC., Appellant, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

FREDERICKA HEHR, as Administratrix, etc., of CHARLES HEHR, Deceased, Respondent, v. NATIONAL BEN FRANKLIN FIRE INSURANCE COMPANY and Others, Appellants, Impleaded with Other Defendants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

FREDERICK E. DEAN, Appellant, v. VILLAGE OF YOUNGSTOWN and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

LUCIA MANZELLA, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

LELAND A. PHILLIPS and JOSEPHUS ALBEE, Doing Business under the Firm Name and Style of PHILLIPS RIBBON AND CARBON COMPANY, Respondents, v. ROY E. MESTLER, Doing Business under the Firm Name and Style of THE MONARCH SUPPLY COMPANY, Appellant.— Judgment modified by deducting therefrom the amount of damages established by defendant for plaintiffs' failure to deliver goods as ordered before the expiration of the contract March 1, 1918,